Certificate Number: 03701-ILN-DE-035215815

Bankruptcy Case Number: 16-05397



03701-ILN-DE-035215815

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 28, 2020</u>, at <u>9:14</u> o'clock <u>AM CST</u>, <u>Karen L Wiley</u> completed a course on personal financial management given <u>by internet</u> by <u>Glenn Stearns, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   <u>December 29, 2020</u>          By:   <u>/s/Consuelo V Gerhardt</u>

Name:   <u>Consuelo V Gerhardt</u>

Title:   <u>Financial Educator</u>