Form definm13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Brandon D Wiley
474 Brook Side Dr.
Oswego, IL 60543
SSN: xxx–xx–8452 EIN: N.A.

Case No. : 16–05397
Chapter : 13
Judge : Janet S. Baer

Karen L Wiley
474 Brook Side Dr
Oswego, IL 60543
SSN: xxx–xx–7867 EIN: N.A.
fka Karen Grimes

---

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES
OF REQUIRED DOCUMENTS FOR DISCHARGE**

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must file the following documents in order to receive a discharge.

☑ Official Form 423, Certification About a Financial Management Course. In joint cases, the form must be completed and filed by each debtor. Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available on our website at www.ilnb.uscourts.gov/Forms/

☑ Debtor's Declaration Domestic Support Obligations. In joint cases, the form must be completed and filed by each debtor. The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required documents, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: January 19, 2021

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court